IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 14-00010 HG |
| | ) | |
| Plaintiff, | ) | ORDER OF RECUSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| Jennifer Ann McTigue,   (01) | ) | |
| Marc Melton,   (02) | ) | |
| Sakara Blackwell,   (03) | ) | |
| a/k/a: "Dawn Sakaguchi" | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER OF RECUSAL

In order to avoid the appearance of impropriety, or a conflict of interest, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, January 10, 2014.



Richard L. Puglisi
United States Magistrate Judge