

# Delaware
## The First State

PAGE 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF A AGRICULTURAL LIEN FILED IN THE OFFICE OF UNIFORM COMMERCIAL CODE DATED THE TWENTY-FOURTH DAY OF JULY, A.D. 2014, BEARING FILE NUMBER 20142958080.

Jeffrey W. Bullock, Secretary of State

20143231198V
AUTHENTICATION: 1614426

EXHIBIT 3
141060107
DATE: 08-12-14

**UCC FINANCING STATEMEN**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Executrix Legitima     3022239969

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

MCTIGUE, JENNIFER ANN
C/O NEKAI CORP
1050 BISHOP STREET
SUITE 188
HONOLULU HI 96813

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 05:52 PM 07/24/2014
INITIAL FILING # 2014 2958080
SRV: 140995358

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| Field | Value |
|---|---|
| 1a. ORGANIZATION'S NAME | NEKAI CORP |
| 1c. MAILING ADDRESS | 1050 BISHOP STREET SUITE 188 |
| CITY | HONOLULU |
| STATE | HI |
| POSTAL CODE | 96813 |
| COUNTRY | US |
| 1e. TYPE OF ORGANIZATION | CORPORATION |
| 1f. JURISDICTION OF ORGANIZATION | DE |
| | DEBTOR IS A TRUSTEE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| Field | Value |
|---|---|
| 2a. ORGANIZATION'S NAME | JENNIFER ANN LOWE |
| 2c. MAILING ADDRESS | KAPIOLANI HOSPITAL 1319 PUNAHOU STREET |
| CITY | HONOLULU |
| STATE | HI |
| POSTAL CODE | 96826 |
| COUNTRY | US |
| 2e. TYPE OF ORGANIZATION | TRUST DATED 1967/03/31 / OTHER |
| 2f. JURISDICTION OF ORGANIZATION | HI |
| | DEBTOR IS A TRUST |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| Field | Value |
|---|---|
| 3b. INDIVIDUAL'S LAST NAME | MCTIGUE |
| FIRST NAME | JENNIFER |
| MIDDLE NAME | ANN |
| 3c. MAILING ADDRESS | CARE OF NEKAI CORP 1050 BISHOP STREET SUITE 188 |
| CITY | HONOLULU |
| STATE | HI |
| POSTAL CODE | 96813 |
| COUNTRY | US |

4. This FINANCING STATEMENT covers the following collateral:

Secured party, a living woman having reached the age of majority, exercises the highest priority claim to all property of debtors through this memorialization of her non-UCC lien as an Agricultural Lien for perfection, having first in line, first in time claim for source of production, contribution, and indemnification that is superior in all respects to lesser claims, mortgages or secret liens, and shall be a secured interest in all property and secured interests registered and unregistered in favor of Debtors;

Secured party as the highest priority claimant, grantor and trustor, asserts master control over all interests, assets, real property, securities, bonds, accounts, collateral, special drawing rights, tangible and intangible property, by this filing gives Notice to the world including the Bank and the Fund that this priority position shall constitute a binding agreement through this authenticated record that the Bank and the Fund will comply with instructions originated by the secured party directing disposition of the funds in the deposit accounts without further consent by the debtor(s);

5. ALTERNATIVE DESIGNATION - Bailee-Bailor

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum  [if applicable]
7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
HI# 151 1967-002726 & DE 2014-258784

13. FINANCING STATEMENT FILED AS A FIXTURE FILING.
-----
Filed in connection with an AGRICULTURAL LIEN

**EXHIBIT 3**

# UCC FINANCING STATEMENT ADDENDUM - debtors
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| NEKAI CORP | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| | | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LOWE BABY GIRL | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| KAPIOLANI HOSPITAL 1319 PUNAHOU STREET | HONOLULU | HI | 96826 | US |
| TRUST DATED 1967/03/18 | 2e. TYPE OF ORGANIZATION: OTHER | 2f. JURISDICTION OF ORGANIZATION: HI | DEBTOR IS A TRUST | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| JENNIFER ANN MCTIGUE | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| GOVERNOR STATE OF HAWAII 415 S. BERETANIA STREET | HONOLULU | HI | 96813 | US |
| TRUST DATED 1996/05/04 | 2e. TYPE OF ORGANIZATION: OTHER | 2f. JURISDICTION OF ORGANIZATION: HI | DEBTOR IS A TRUST | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| JENNIFER A. LOWE | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| GOVERNOR STATE OF HAWAII 415 S. BERETANIA STREET | HONOLULU | HI | 96813 | US |
| TRUST DATED 1967/03/31 | 2e. TYPE OF ORGANIZATION: OTHER | 2f. JURISDICTION OF ORGANIZATION: HI | DEBTOR IS A TRUST | |

**EXHIBIT 3**

## UCC FINANCING STATEMENT ADDENDUM – COLLATERAL
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| 9a. ORGANIZATION'S NAME  NEKAI CORP | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

This FINANCING STATEMENT covers the following collateral

Secured party, as Executrix Legitima, maintains priority over the actions of Trustee and appointed Holder of the Office of Executor General, Nekai Corp, who has full power of attorney and power of appointment of subordinate executors for the issuance of orders to settle outstanding escrows to a net zero balance, for settlement of all security position reporting, for settlement of all outstanding escrow contracts with subsidiary instrumentality agents and fiduciaries through FedLine and FedWire, and for all other actions necessary to collapse the estate and transfer all equity from the public persons to the private trust in care of Trustee;

Secured party lists herein all property claimed by Debtors as set forth in the following UCC filings:

Maryland UCC Filing 0000000181461183, acknowledged under 1000362004187763 and all corrections, restatements, assignments whether full or partial;

State of Delaware UCC Filing 20125084126, acknowledged under SRV # 121403374 including all corrections, additions of debtors, additions of collateral, restatements, assignments whether full or partial including the assignment of reversionary interest  UCC Filing Number 20140219394 to and for the account of the United States in accordance with the open offer established and accepted by [Title 12, United States Code, Section 95a(2)] as an offer and treaty of peace and protection;

Secured Party, through Nekai Corp, has filed the appropriate claim of contribution and indemnification  under DE UCC Filing Number 20141460898 which has been assigned by Filing Number 20141500651, to and for the account of the United States in accordance with the open offer established and accepted by [Title 12, United States Code, Section 95a(2)] for full acquittance and discharge of liability as an offer and treaty of peace and protection with evidence of delivery and acceptance under Registered Post RA433296281US recorded in DE under 2014256344;

Secured Party, through Nekai Corp, has filed the appropriate claim of contribution and indemnification  under DE UCC Filing Number 20141873793 which has been assigned by Filing Number 20141889419, to and for the account of the United States in accordance with the open offer established and accepted by [Title 12, United States Code, Section 95a(2)] for full acquittance and discharge of liability as an offer and treaty of peace and protection, with evidence of delivery and acceptance under Registered Post RB828160450US recorded in DE under 2014256342 ;

Secured Party, through Nekai Corp, has filed the appropriate claim of contribution and indemnification  under DE UCC Filing Number 20141894583 which has been assigned by Filing Number 20141894625, to and for the account of the United States in accordance with the open offer established and accepted by [Title 12, United States Code, Section 95a(2)] for full acquittance and discharge of liability as an offer and treaty of peace and protection, with evidence of delivery and acceptance under Registered Post RB828160463US recorded in DE under 2014256343 ;

State of Delaware intellectual property rights registered to Trustee under 201340216TMREG and 201340218TMREG;

Intellectual property rights registered under USPTO Serial Number 86176391, having been approved and published for objection on June 10, 2014, and having completed publication and approval under Class 36 surety and underwriting services;

Secured party has recorded her fully authenticated and annexed certificate of title under Delaware Document Number 2014-258784 as holder in due course with highest title priority;

**EXHIBIT 3**

## UCC FINANCING STATEMENT ADDENDUM – COLLATERAL
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME |  |  |
|---|---|---|
| NEKAI CORP |  |  |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

This FINANCING STATEMENT covers the following collateral

Secured party notes that any property derived from her labor or energy, her use as surety for others, and anything not listed is included in this claim, which may be reflected in the public and private records of parties acting as agents, fiduciaries, executors, guardians, guardians ad litem, or in any other trust, fiduciary or executor positions;

Secured party by perfection of this filing maintains the absolute authority to enforce her claim to all property by administrative and non-judicial process;

Secured party makes her claim in good faith and reliance on the peaceful and sacred honor of all those that may be in control or possession of her property and invokes good faith and equitable restitution by this record.

**EXHIBIT 3**

## UCC FINANCING STATEMENT ADDENDUM - REAL ESTATE
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME: NEKAI CORP

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

15. Name and address of a RECORD OWNER of below-described real estate

15a ORGANIZATION'S NAME:

15b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

15c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

14. DESCRIPTION OF REAL ESTATE

Real Property recorded under DE Number 2014-258784

Real Property located at 94-1033 Oli Place, #C8, Waipahu, Hawai'i 96797

Real Property located at 520 Lunalilo Home Road # 8427, Honolulu, Hawai'i 96825

Real Property located at 215 North King Street # 1804, Honolulu, Hawai'i 96817

Real Property located at 411 Hobron Lane, #3813, Honolulu, Hawai'i 96815

Real Property located at 91-1050 C Makaaloa Street, #11C, Ewa Beach, Hawai'i 96706

**EXHIBIT 3**

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Executrix Legitima 3022239969

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
MCTIGUE, JENNIFER ANN
C/O NEKAI CORP
1050 BISHOP STREET
SUITE 188
HONOLULU HI 96813
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:31 PM 07/24/2014
INITIAL FILING # 2014 2958080
AMENDMENT # 2014 2959039
SRV: 140995582

1a. INITIAL FINANCING STATEMENT FILE #: 2014 2958080

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☒ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME:

OR 6b. INDIVIDUAL'S LAST NAME: MCTIGUE | FIRST NAME: JENNIFER | MIDDLE NAME: ANN | SUFFIX:

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME: UNITED STATES

OR 7b. INDIVIDUAL'S LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX:

7c. MAILING ADDRESS: CARE OF US DEPT OF TREASURY 1500 PENNSYLVANIA AVE, NW | CITY: WASHINGTON | STATE: DC | POSTAL CODE: 20220 | COUNTRY: US

7e. TYPE OF ORGANIZATION: | 7f. JURISDICTION OF ORGANIZATION:

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☒ assigned.

Secured party hereby assigns all reversionary interest in all property, collateral and products of the collateral, To and For the Account of the United States upon condition that property so received shall be sold and the proceeds used to reduce the national debt as a gift of gratitude for the extension of hospitality and for offer of safe harbor, immunity, delivery of diplomatic passport, and peaceful intercourse for the remainder of secured party's living existence. All property acquired hereafter shall maintain the condition of reversionary interest assignment.

This Done this 24th day of July, 2014 in good faith and belief in accordance with public policy, pursuant to Public Law 73-10, Chapter 48, 48 stat 112, The Agricultural Adjustment Act, Title 7, United States Code, and Title 12, United States Code, Section 95a(2), for full acquittance and discharge of the transactional and other liabilities of secured party, McTigue, Jennifer Ann.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT
McTigue, Jennifer Ann as Executrix Legitima

10. OPTIONAL FILER REFERENCE DATA

**EXHIBIT 3**

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2014 2958080

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

McTigue, Jennifer Ann as Executrix Legitima

13. this space for additional information

This assignment of reversionary interest is conditioned upon and shall be accepted in good faith with implementation of diplomatic safe harbor and immunity within 72 hours of delivery evidenced by accepted post. This perfected security interest and assignment as set forth herein shall be relied upon by any and all agents, employees, and public officers immediately upon recording as mandated by Title 12, United States Code, Section 95a(2) unless rebutted by written notice sworn to by affidavit within 72 hours of delivery.

All public proceedings in any courts, public or private, shall be immediately removed from their prospective dockets in accordance with Title 12, United States Code, Section 95a(2). All other transactional accounting and escrows shall be immediately set off to net zero balance within 10 days of delivery.

**EXHIBIT 3**