When recorded return to custodian:
NEKAI CORP, TTEE
1050 Bishop Street #188
Honolulu, Hawaii [96813]

### INTERNATIONAL NOTICE OF ELECTION NOT TO BE RECOGNIZED AS A PERSON BEFORE THE LAW, AND TERMINATION OF SURETY AND UNDERWRITING

KNOW ALL MEN BY THESE PRESENTS that I, McTigue, Jennifer Ann, a living woman, being of sound mind and having reached the age of majority, do hereby make the election of my own free will, act, and deed **NOT** to be recognized as a **person** before the law, and hereby terminate all agreements binding me as surety for State parties or to underwrite their contracts through exercise of my unalienable, inalienable and imprescriptible right of self-determination.

Black's Law 6th edition defines election as follows:

> *Election. The act of choosing or selecting one or more from a greater number of persons, things, courses, **or rights**. The choice of an alternative. The internal, free, and spontaneous **separation of one thing from another**, without compulsion, consisting in intention and will. The selection of one person from a specified class to discharge certain duties in a state, corporation, or society. An expression of choice by the voters of a public*

The *International Covenant on Civil and Political Rights* ("ICCPR"), Article 1, paragraph 1, states:

> *All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.*

ICCPR, Article 16 states:

> *Everyone shall have the right to recognition everywhere as a person before the law.*

The *Universal Declaration of Human Rights* ("UDHR"), Article 6 states:

> *Everyone has the right to recognition everywhere as a person before the law.*

**It is my free will choice, act and deed, by making this election of self-determination, NOT to be recognized as a legal person and to ONLY be recognized as a living woman and divine living soul, retaining all unalienable, inalienable and imprescriptible rights.**

The United States of America, including its de facto administrative entity the United States/a.k.a./United States Government, as a State party and signatory to the UDHR and ICCPR is obligated to express International Covenants into their Domestic Laws, which include the Declaration of Independence, Articles of Confederation and the limitations to Government power set forth in the Constitution of the United States of America.

RECORDED IN DELAWARE W/ KENT COUNTY RECORDER AS
DOCUMENT# 2014260892
**EXHIBIT 10**

ICCPR, Article 1, Paragraph 3 states:

> *The States Parties to the present Covenant, including those having responsibility for the administration of Non-Self-Governing and Trust Territories, shall promote the realization of the right of self-determination, and **shall respect that right**, in conformity with the provisions of the Charter of the United Nations.*

ICCPR, Article 2, states:

> *1. **Each** State Party to the present Covenant **undertakes** to respect and to ensure to all individuals within its territory and subject to its jurisdiction the rights recognized in the present Covenant, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status.*
>
> *2. Where not already provided for by existing legislative or other measures, **each State Party to the present Covenant undertakes** to take the necessary steps, in accordance with its constitutional processes and with the provisions of the present Covenant, to adopt such laws or other measures as may be necessary to give effect to the rights recognized in the present Covenant.*
>
> *3. Each State Party to the present Covenant **undertakes**:*
>
> *(a) To ensure that any person whose rights or freedoms as herein recognized are violated **shall have an effective remedy**, notwithstanding that the violation has been committed by persons acting in an official capacity;*
>
> *(b) To ensure that any person claiming such a remedy shall have his right thereto determined by competent judicial, administrative or legislative authorities, or by any other competent authority provided for by the legal system of the State, and to develop the possibilities of judicial remedy;*
>
> *(c) To ensure that the competent authorities shall enforce such remedies when granted.*

The State parties have a duty to undertake and support this notice of election, and failure by the United States of America and its administrators as State parties, to immediately recognize this remedy of election, and termination of surety and underwriting, shall constitute holding the living woman, McTigue, Jennifer Ann to involuntary servitude as surety and underwriter to State parties interests, contracts, and compacts in violation of the UDHR and ICCPR.

ICCPR, Article 8 states:

> *1. No one shall be held in slavery; slavery and the slave-trade in all their forms shall be prohibited.*
>
> *2. **No one shall be held in servitude.***

UHDR, Article 4 states:

> *No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms.*

The United States of America including all administrators, agents, and agencies, upon recording of this Notice, is forever prohibited from compelling the living woman, McTigue, Jennifer Ann to contract through the probation, detention or arrest of the person/vessel, JENNIFER ANN MCTIGUE, as surety to indemnify the State parties against loss, or as underwriter, as the State parties retain primary active degree of fault. The State parties have knowingly participated in such acts through the presumption of "voluntary servitude" and 14th amendment citizenship, which is hereby denied and rebutted by Notice.

RECORDED IN DELAWARE W/ KENT COUNTY RECORDER AS
DOCUMENT# 2014260892

**EXHIBIT 10**

All legal rights to the use of the ens legis Name, JENNIFER ANN MCTIGUE have been assigned to NEKAI CORP as Trustee, the registered owner of the Name as a trademark under Class 36 for protection from use as surety and for underwriting services, approved and published without objection by the United States Patent and Trademark Office under serial number 86176391 and under Delaware Trademark Registration Number 201340216TMREG.

State parties have waived all sovereign, governmental and judicial immunity for the unauthorized use of JENNIFER ANN MCTIGUE by and through their open and notorious, Title 15, United States Code, Section 1122 which states:

> *(a) Waiver of sovereign immunity by the United States*
> *The United States, all agencies and instrumentalities thereof, and all individuals, firms, corporations, other persons acting for the United States and with the authorization and consent of the United States, shall not be immune from suit in Federal or State court by any person, including any governmental or nongovernmental entity, for any violation under this chapter.*

To assist in the facilitation of this election and termination of surety and underwriting, a NOTICE OF QUITCLAIM AND DEED OF SURRENDER yielding up for the uses of will the person/vessel and social insurance contract to the State parties, has been delivered by post registry Numbers RA433296180US and RB828160477US, accepted without dishonor or notice of deficiency on May 01, 2014 and May 02, 2014 respectively.

All equity, Property and products of collateral, held by State parties on behalf of McTigue, Jennifer Ann, as beneficiary and heir by intestate succession, has been claimed and assigned into private trust, under the available remedy, claim of right, and claim of restitution for contribution and indemnification under a policy of maritime insurance number 576176974, through a master non-UCC lien perfected as an agricultural lien recorded under Delaware UCC Number 20142958080 against all recorded interests in Debtor(s) Property therein listed. This claim of restitution for contribution and indemnification is the only available remedy that is not in violation of public policy and operates hereafter as a constructive trust for the protection of property and rights of McTigue, Jennifer Ann.

All reversionary interest in the Property has been assigned to and for the account of the United States, pursuant to State party's open offer codified at Title 12, United States Code, Section 95a(2), under Delaware UCC assignment Number 20142959039, as acceptance of the open offer for the extension of hospitality, offer of safe harbor, immunity, and for the delivery of a diplomatic passport for safe passage, delivered by post registry Number EK185876164US, which has been accepted by the State parties without dishonor or notice of deficiency on July 30, 2014, signed for by agent C. Gentry.

The United States of America, Department of State, has annexed with full faith and credit, the authenticated live birth records of McTigue, Jennifer Ann as evidence of living status and achievement of the age of majority and absolute priority claim and superior title under Authentication Numbers 14041799-2 and 14041799-9.

ICCRP, Article 11 states:

> No one shall be imprisoned merely on the ground of inability to fulfill a contractual obligation.

The State parties are responsible for the perpetual insolvency of the United States Government set forth by Chapter 48, 48 stat. 112, recorded in the 73rd Congress as Public Law 73-10, also known as House Joint Resolution 192 removing all ability to perform on contracts through removal of lawful money as a form of payment. The State parties may not compel performance on contractual obligations or force McTigue, Jennifer Ann to contract as surety without violating public policy and International Law and Covenant.

RECORDED IN DELAWARE W/ KENT COUNTY RECORDER AS DOCUMENT# 2014260892

**EXHIBIT 10**

UDHR, Article 30 states:

> Nothing in this Declaration may be interpreted as implying for any State, group or person any right to engage in any activity or to perform any act aimed at the destruction of any of the rights and freedoms set forth herein.

The State parties cannot place any restriction on the rights and beliefs of McTigue, Jennifer Ann, that destroys her unalienable, inalienable and imprescriptible rights on the basis of this election and may not discriminate based upon her beliefs.

The United Nations Charter, Article 8 states:

> *The United Nations shall place no restrictions on the eligibility of **men and women** to **participate in any capacity** and under conditions of equality in its principal and subsidiary organs.*

I, McTigue, Jennifer Ann elect my right to participate **only** in my peaceful capacity as a living woman and divine living soul, free from the obligation to contract with State parties as underwriter, or to act as surety indemnifying State parties from loss, as a freedom of conscience and spiritual belief, which shall include this choice for my living progeny under my care.

ICCPR, Article 18 states:

> *1. Everyone shall have the right to freedom of thought, conscience and religion. This right shall include freedom to have or to adopt a religion or belief of his choice, and freedom, either individually or in community with others and in public or private, to manifest his religion or belief in worship, observance, practice and teaching.*
>
> *2. No one shall be subject to coercion which would impair his freedom to have or to adopt a religion or belief of his choice.*
>
> *3. Freedom to manifest one's religion or beliefs may be subject only to such limitations as are prescribed by law and are necessary to protect public safety, order, health, or morals or the fundamental rights and freedoms of others.*
>
> *4. The States Parties to the present Covenant undertake to have respect for the liberty of parents and, when applicable, legal guardians to ensure the religious and moral education of their children in conformity with their own convictions.*

No State party may restrict my freedom of travel or movement for peaceful and non-commercial purpose. I, McTigue, Jennifer Ann declare that I travel in peace without commercial intent hereafter and forever.

ICCPR, Article 12 states:

> *1. Everyone lawfully within the territory of a State shall, within that territory, have the right to liberty of movement and freedom to choose his residence.*
>
> *2. Everyone shall be free to leave any country, including his own.*

UDHR, Article 13 states:

> 1. Everyone has the right to freedom of movement and residence within the borders of each state.
>
> 2. Everyone has the right to leave any country, including his own, and to return to his country.

STATE OF HAWAIʻI  
CITY AND COUNTY OF HONOLULU } SS.

I, _____Susan O. K. Tamanaha_____

Clerk of the Circuit Court of the First Circuit, State of Hawaiʻi, the same being a court of record and having a seal, do hereby certify that

_____Jody A. Wong_____

before whom the foregoing acknowledgment was taken, was at the time of taking the same, A NOTARY PUBLIC duly commissioned and sworn for the First Circuit of the State of Hawaiʻi and duly authorized by the laws of said State and certify acknowledgments or proofs of deeds of land, etc. in said State in the manner aforesaid; that I am well acquainted with the handwriting of said

_____Jody A. Wong_____

and verily believe that the signature to said certificate of acknowledgment is genuine. And further, that said acknowledgment was taken in accordance with the laws of the State of Hawaiʻi, that I have compared the impression of the seal affixed thereto with a specimen impression thereof deposited in my office and that I believe the impression of the seal upon the original certificate is genuine.

IN TESTIMONY whereof I have hereunto set my hand and affixed the seal of said court at Honolulu, Hawaiʻi, aforesaid this __22nd__ day of _____August_____ 20 _14_ .



_____  
Clerk  
Circuit Court of the First Circuit  
State of Hawaiʻi

Reprographics (04/10)                    1C-P-087

RECORDED IN DELAWARE W/ KENT COUNTY RECORDER AS DOCUMENT# 2014260892

**EXHIBIT 10**

The ICCPR was ratified by the U.S. Senate on 2 April 1992 (138 *Congressional Record* S4783-84), and came into force in the USA on 8 September 1992. Executive Order 13107 of 10 December 1998 (63 *Federal Register* 68991) requires all federal agencies to maintain a current awareness of United States international human rights **obligations** that are relevant to their functions and shall perform such functions so as to **respect and implement those obligations fully**.

In furtherance of the peaceful ability to travel without hindrance by State parties, a Declaration of Peace and Indemnity Bond # HOMFTBOE00015 was delivered by Post Registry Number RA433296145US, upon the condition of immunity and safe passage, and was accepted without refusal or dishonor by State parties on March 04, 2014.

State parties, by acceptance of the Peace Bond and the assignment of reversionary interest have an obligation to acknowledge this election and to provide safe harbor and travel documents for safe passage without delay.

I, McTigue, Jennifer Ann exercise my free will not to be a subject or a person under the power or authority of State parties, reserving and retaining all rights **NOT** to contract with State parties, and make my intent of peaceful self-governance known by Notice to all the world on separate and equal station to State parties. I have in good faith ratified by signature the Declaration of Independence, attached hereto, and have by the actions outlined herein, pledged my life, fortune and sacred honor to the betterment of mankind as consideration in exchange for these rights, safe harbor and safe passage for recognition by State parties as a peaceful living man.

So it is and forever shall be.

By McTigue, Jennifer Ann, *All Rights Reserved*

NOTICE: The use of a Notary does not create adhesion to or alter the status of this document.

Acknowledgment

state of Hawaii
City + county of Honolulu

Appeared before me, a Notary Public, in and for said county and state, on this 22nd day of August, 2014, the within named McTigue, Jennifer Ann, known to me, or satisfactorily proven, to be the woman whose name is subscribed to the within instrument and who acknowledges that she executed the same for the purposes therein contained.

NOTARY PUBLIC

Print Name: _____
Jody A. Wong
Notary Public, State of Hawaii
My Commission expires:
September 19, 2016

My Commission Expires: _____

Doc. Date: 08/22/2014   # Pages: 6
Notary Name: Jody A. Wong   First Circuit
Doc. Description: International notice of election not to be recognized as a person between the land and termination
Notary Signature of Sovereign And indigenous HuDate 08/22/2014

Recorded in Delaware Kent County as Document #2014260892

**EXHIBIT 10**

# IN CONGRESS, JULY 4, 1776.

## The unanimous Declaration of the thirteen united States of America,

When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation. — We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. — That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, — That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security. — Such has been the patient sufferance of these Colonies; and such is now the necessity which constrains them to alter their former Systems of Government. The history of the present King of Great Britain is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid world. — He has refused his Assent to Laws, the most wholesome and necessary for the public good. — He has forbidden his Governors to pass Laws of immediate and pressing importance, unless suspended in their operation till his Assent should be obtained; and when so suspended, he has utterly neglected to attend to them. — He has refused to pass other Laws for the accommodation of large districts of people, unless those people would relinquish the right of Representation in the Legislature, a right inestimable to them and formidable to tyrants only. — He has called together legislative bodies at places unusual, uncomfortable, and distant from the depository of their public Records, for the sole purpose of fatiguing them into compliance with his measures. — He has dissolved Representative Houses repeatedly, for opposing with manly firmness his invasions on the rights of the people. — He has refused for a long time, after such dissolutions, to cause others to be elected; whereby the Legislative powers, incapable of Annihilation, have returned to the People at large for their exercise; the State remaining in the mean time exposed to all the dangers of invasion from without, and convulsions within. — He has endeavoured to prevent the population of these States; for that purpose obstructing the Laws for Naturalization of Foreigners; refusing to pass others to encourage their migrations hither, and raising the conditions of new Appropriations of Lands. — He has obstructed the Administration of Justice, by refusing his Assent to Laws for establishing Judiciary powers. — He has made Judges dependent on his Will alone, for the tenure of their offices, and the amount and payment of their salaries. — He has erected a multitude of New Offices, and sent hither swarms of Officers to harrass our people, and eat out their substance. — He has kept among us, in times of peace, Standing Armies without the Consent of our legislatures. — He has affected to render the Military independent of and superior to the Civil power. — He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation: — For Quartering large bodies of armed troops among us: — For protecting them, by a mock Trial, from punishment for any Murders which they should commit on the Inhabitants of these States: — For cutting off our Trade with all parts of the world: — For imposing Taxes on us without our Consent: — For depriving us in many cases, of the benefits of Trial by Jury: — For transporting us beyond Seas to be tried for pretended offences: — For abolishing the free System of English Laws in a neighbouring Province, establishing therein an Arbitrary government, and enlarging its Boundaries so as to render it at once an example and fit instrument for introducing the same absolute rule into these Colonies: — For taking away our Charters, abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments: — For suspending our own Legislatures, and declaring themselves invested with power to legislate for us in all cases whatsoever. — He has abdicated Government here, by declaring us out of his Protection and waging War against us. — He has plundered our seas, ravaged our Coasts, burnt our towns, and destroyed the lives of our people. — He is at this time transporting large Armies of foreign Mercenaries to compleat the works of death, desolation and tyranny, already begun with circumstances of Cruelty & perfidy scarcely paralleled in the most barbarous ages, and totally unworthy the Head of a civilized nation. — He has constrained our fellow Citizens taken Captive on the high Seas to bear Arms against their Country, to become the executioners of their friends and Brethren, or to fall themselves by their Hands. — He has excited domestic insurrections amongst us, and has endeavoured to bring on the inhabitants of our frontiers, the merciless Indian Savages, whose known rule of warfare, is an undistinguished destruction of all ages, sexes and conditions. In every stage of these Oppressions We have Petitioned for Redress in the most humble terms: Our repeated Petitions have been answered only by repeated injury. A Prince, whose character is thus marked by every act which may define a Tyrant, is unfit to be the ruler of a free people. Nor have We been wanting in attentions to our British brethren. We have warned them from time to time of attempts by their legislature to extend an unwarrantable jurisdiction over us. We have reminded them of the circumstances of our emigration and settlement here. We have appealed to their native justice and magnanimity, and we have conjured them by the ties of our common kindred to disavow these usurpations, which, would inevitably interrupt our connections and correspondence. They too have been deaf to the voice of justice and of consanguinity. We must, therefore, acquiesce in the necessity, which denounces our Separation, and hold them, as we hold the rest of mankind, Enemies in War, in Peace Friends. —

We, therefore, the Representatives of the united States of America, in General Congress, Assembled, appealing to the Supreme Judge of the world for the rectitude of our intentions, do, in the Name, and by Authority of the good People of these Colonies, solemnly publish and declare, That these United Colonies are, and of Right ought to be Free and Independent States; that they are Absolved from all Allegiance to the British Crown, and that all political connection between them and the State of Great Britain, is and ought to be totally dissolved; and that as Free and Independent States, they have full Power to levy War, conclude Peace, contract Alliances, establish Commerce, and to do all other Acts and Things which Independent States may of right do. — And for the support of this Declaration, with a firm reliance on the protection of divine Providence, we mutually pledge to each other our Lives, our Fortunes and our sacred Honor.

"This image comes from William J. Stone's 1823 copper plate engraving produced by direct impression from the original Declaration itself."

Recorded in Delaware Kent County as Document #2014260892

**EXHIBIT 10**