FLORENCE T. NAKAKUNI  #2286
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.    #3740
Chief, Fraud & Financial Crimes Section

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  ken.sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | ) | CR. NO. 14-00010-01 HG |
|---|---|---|
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S STATEMENT |
| | ) | OF MAXIMUM PENALTIES |
| vs. | ) | APPLICABLE TO DEFENDANT |
| | ) | JENNIFER MCTIGUE; |
| JENNIFER ANN McTIGUE,(01) | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**Government's Statement of Maximum Penalties
Applicable to Defendant Jennifer McTigue**

1

## Government's Statement of Maximum Penalties Applicable to Defendant Jennifer McTigue

COMES NOW, the United States of America, by and through its undersigned counsel, pursuant to this honorable Court's request, and files herewith a Statement of Maximum Penalties Applicable to Defendant Jennifer McTigue.  McTigue faces the following maximum penalties as to each of the Counts of the Indictment specified below:

| Count 1 | Mail & Wire Fraud Conspiracy 18 U.S.C. § 371 | 5 Years Imprisonment; 3 Years Supervised Release Max. Fine: $250,000 |
| --- | --- | --- |
| Count 2 | Money Laundering Conspiracy 18 U.S.C. § 1956(h) | 10 Years Imprisonment; 3 Years Supervised Release Max. Fine:  $250,000 |
| Counts 3-23 | Wire Fraud Violations 18 U.S.C. § 1343 | 20 Years Imprisonment; 3 Years Supervised Release Max. Fine:  $250,000 |
| Counts 24-29 | Mail Fraud Violations 18 U.S.C. § 1341 | 20 Years Imprisonment; 3 Years Supervised Release Max. Fine:  $250,000 |

| Counts 32, 35, 38, 40, 42, 43 & 45 | Money Laundering Violations 18 U.S.C. § 1957 | 10 Years Imprisonment; 3 Years Supervised Release Max. Fine: $250,000 |
|---|---|---|

DATED:   September 18 , 2014, at Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii


/s/ Kenneth M. Sorenson
KENNETH M. SORENSON
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Jennifer Ann McTigue
c/o NEKAI CORPORATION
1050 Bishop Street, Suite 188
Honolulu, Hawaii 96813

Served Electronically through CM/ECF:

Alvin Nishimura, Esq.
E-Mail: aknlaw@hawaiiantel.net

Stand by Counsel for Defendant
JENNIFER ANN McTIGUE

DATED:  September 18, 2014, at Honolulu, Hawaii.

                                       _/s/ Melena Malunao
                                       U.S. Attorney's Office
                                       District of Hawaii