FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

JOHN A. MICHELICH
Senior Litigation Counsel
Criminal Division, Fraud Section
United States Department of Justice
E-mail: john.michelich@usdoj.gov

MARC A. WALLENSTEIN
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: marc.wallenstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 14-00010 CRB |
| | ) | |
| Plaintiff, | ) | UNITED STATES' WITNESS LIST; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| JENNIFER ANN MCTIGUE,    (01) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNITED STATES' WITNESS LIST

The government hereby submits its witness list, attached hereto, in the above-captioned matter.

The government reserves the right to add and delete witnesses if that should become necessary during trial.

DATED:   Honolulu, Hawaii, July 7, 2015.

        Respectfully submitted,

        FLORENCE T. NAKAKUNI
        United States Attorney
        District of Hawaii


By: /s/ Marc A. Wallenstein
    MARC A. WALLENSTEIN
    Assistant United States Attorney
    JOHN A. MICHELICH
    Senior Litigation Counsel

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

**UNITED STATES v. JENNIFER McTIGUE**  　　　**WITNESS LIST**
**Cr. No. 14-00010 CRB**

| Presiding Judge | Government's Attorney | Defendant's Attorney |
|---|---|---|
| **Hon. Charles Breyer** | **Marc A. Wallenstein** <br> **John A. Michelich** | **Jennifer McTigue, Pro Se** <br> **Lynn Panagakos, Standby Counsel** |

| Trial Date | Court Reporter | Courtroom Deputy |
|---|---|---|
| **July 13, 2015** | | |

| | Witness | | |
|---|---|---|---|
| | First Name | Last Name | Company |
| 1. | Jennifer | Arney | JP Morgan Chase |
| 2. | Donna | Asino | HI Central MLS |
| 3. | Nick | Baron | FBI |
| 4. | Tishia | Batterson | Iowa State Bank |
| 5. | Brenda | Betz | Fidelity National Title and Escrow of Hawaii |
| 6. | Sakara | Blackwell | Co-defendant |
| 7. | Hilton | Blackwell | Unit 703 - Original Owner |
| 8. | Frank | Bragg | White Sands |
| 9. | Nicole | Choi | Realtor - Unit 1008 |
| 10. | Rene | Chrun | Ocwen |
| 11. | Cherie | Dang | Realtor - Unit 703 |
| 12. | Kristy | DeCenso | Pacific Rim Bank |
| 13. | Kai | Dodson | Unit 703 |
| 14. | Darsie | Dodson (Ing-Dodson) | Unit 703 |
| 15. | Joseph | Fangon | FBI |

| | | | |
|---|---|---|---|
| 16. | Kaley | Fleig | Iowa State Bank |
| 17. | Pierre | Foisy | Waikoloa Condo |
| 18. | Cindy | Fryjoff | Northwestern Mutual Investment Services |
| 19. | Cindy | Fryjoff | Northwestern Mutual Life Insurance Co. |
| 20. | Lotus | Golden | Realtor - Keahou Palena |
| 21. | Clay | Green | Northwestern Mutual Investment Services |
| 22. | Clay | Green | Northwestern Mutual Life Insurance Co. |
| 23. | Mark | Harper | Fidelity National Title and Escrow of Hawaii |
| 24. | Carol | Hoffman | Old Republic |
| 25. | Jacob | Jendryka | Money Laundering Charge |
| 26. | Lanisa | Jenkens | Bank of America, N.A. |
| 27. | Cheryl | Kaster | Notary |
| 28. | Kapono | Kiakona | AOAO Attorney - Big Island Properties |
| 29. | Noel | Kufner | Mutual Trust (MTL Insurance) |
| 30. | Peter | Kim | Unit 1008 |
| 31. | Keely | Leach | JP Morgan Chase Bank, N.A. |
| 32. | Timothy | Lee | Realtor - Unit 608 |
| 33. | Isabelle | Lefebvre | Waikoloa Condo |
| 34. | Susana | Marques | Massachusettes Mutual Life Insurance Company |
| 35. | Kimberly | Marr | Notary |
| 36. | Anthony | Martellotto | Unit 703 - Original Owner |
| 37. | Brian | McCourt | Realtor - White Sands |
| 38. | Laree | McGuire | AOAO Attorney - Big Island Properties |
| 39. | Marc | Melton | Co-defendant |
| 40. | Kristy | Morgan | IRS |
| 41. | Sunya | Narciso | Fidelity National Title and Escrow of Hawaii |
| 42. | Serena | Neumann | Money Laundering Charge |
| 43. | Kazuko | Nishida | Unit 608 |

| | | | |
|---|---|---|---|
| 44. | Aryn | Nohara | FBI |
| 45. | Laurice | Otsuka | FBI |
| 46. | Destina | Papageorge | Google |
| 47. | Karen | Riney | Wells Fargo |
| 48. | Lisa | Rurak | Keahou Palena |
| 49. | Mark | Rurak | Keahou Palena |
| 50. | April | Rush | Notary |
| 51. | Bianca | Sakaguchi | Unit 608 & Unit 1008 |
| 52. | Rex | Schaumleffel | Beachwalk Owner |
| 53. | John | Seneczko | MTL Insurance |
| 54. | Rick | Sloan | First Hawaiian Bank |
| 55. | Regina | Stuard | Realtor - Waikoloa |
| 56. | Scott | Takashi | Bank of Hawaii |
| 57. | Nicki | Thompson | Hawaii Bureau of Conveyances |
| 58. | Eleanor | Talbo | Old Republic |
| 59. | Anne | Tills | Old Republic |
| 60. | Rustan | Tongg | Realtor - Beachwalk |
| 61. | Jeremy | Trueblood | Title Guaranty Escrow Services, Inc. |
| 62. | Marshall | Wells | Beachwalk - Original Owner |
| 63. | Tracy | Yananaka | Title Guaranty Escrow Services, Inc. |
| 64. | Custodian of Records & Percipient Witness | | OCWEN /GMAC c/o Rescap Estate |
| 65. | Custodian of Records & Percipient Witness | | IRS |
| 66. | Custodian of Records & Percipient Witness | | Specialized Loan Servicing |
| 67. | Custodian of Records & Percipient Witness | | Northwestern Mutual Investment Services |
| 68. | Custodian of Records & Percipient Witness | | Northwestern Mutual Life Insurance Co. |