Dear Ms. Beitia-    July 9, 2015

I'm still waiting for the resolution of the matter regarding the Private Resolution Trust established by Deed of Trust RE 009 805 677 US, delivered and accepted by your office on Friday March 26, 2015.

Are you intending on satisfying your responsibility as trustee?

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 13 2015
at 1 o'clock and 04 min P M
SUE BEITIA, CLERK

You are requested to settle this matter within 72 hours. It is a violation of your public trust duty to be secreting pleadings ("Notice of Filing under Special Restricted Appearance By Third Party Interest Intervenor" and "Notice of Claim and Entry of Appearance of Third Party of Interest, Notice of Resignation and Substitution of Trustee") delivered to your office on Monday June 29th, 2015 via registered mail #RE 009 805 734 US and as such a violation of due process under the constitution, and a breach of your fiduciary duty.

I will cc the successor trustee Mr. James C. Duff to let him know that if this matter is not resolved within 72 hours he will become responsible. As you know, because of my resignation I cannot be presumed to be the defendant and have no authority to act on its behalf and thus the reason for not meeting w/ US Attorneys re Jury Instructions. As you know that point is mute.

Sincerely,

By: Jenn-Ann of the House of McTigue

All Rights Unalienable, Without Recourse