Dear Mr. Duff—

I'm still waiting for the resolution of the matter regarding the Private Resolution Trust established by Deed of Trust RE 009 805 677 US, delivered and accepted by Ms. Sue Beitia of the USDC Hawaii on Friday on June March 26, 2015. You received your successor trustee notice on Monday June 29th via registered mail # RA 509900668 US. Ms. Beitia received my public filings ("Notice of Filing under Special Restricted Appearance by Third Party Interest Intervenor" and "Notice of Claim and Entry of Appearance of Third Party of Interest; Notice of Resignation and Substitution of Trustee") via registered mail number RE 009 805 734 US on Monday June 29th. As of yesterday July 8th those pleadings have not been filed. This is a violation of the public trust duty (to be secreting pleadings) and as such is a violation of due process under the constitution and a breach of fiduciary duty.

I have written Ms. Beitia to let her know that she has 72 hours to resolve this matter. The US Attorneys and FBI having received the public filings @ their offices; have launched a bizarre media campaign calling me a fugitive and part of an extremist sovereign group. This could not be further from the truth as I wish to handle this with good faith, clean hands, and this process will not be on the internet or taught to anyone.

↓

If Ms. Beitia does not uphold her fiduciary responsibility she will be in breach of trust and I would expect her resignation immediately. This is a friendly reminder to let you know that the Trustee position would then move to you and I'm sure you will act appropriately and w/ honor.

I appreciate your help with the resolving of this matter and I intend to keep this process quiet and confidential.

With great and sincere appreciation.

By: Jem-Aun
    of the House of McTigre

All Rights Unalienable    Without Recourse