ORIGINAL

PS 10
(8/88)
(HI 7/12)



**SEALED BY ORDER OF THE COURT**

RECEIVED
2015 JUL -2 AM 9:05
U.S. MARSHALS SERVICE
HONOLULU, HI.

## United States District Court
### for the
### District of Hawaii

U.S.A. vs JENNIFER ANN MCTIGUE                      Docket No. 14-00010CRB-01

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

TO: [1] **Any United States Marshal or any other authorized officer**

JUL 14 2015
at 9 o'clock and 04 a M.
SUE BEITIA, CLERK

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. | | | |
| NAME OF DEFENDANT<br>JENNIFER ANN MCTIGUE | SEX<br>Female | RACE<br>White/Other | AGE<br>48 |
| ADDRESS(STREET, CITY, STATE) | | | |
| TO BE BROUGHT BEFORE<br>U.S. District Court - Hawaii<br>Prince Kuhio Federal Building<br>300 Ala Moana Boulevard, Room 2100<br>Honolulu, HI 96850 | | | |
| CLERK<br>Sue Beitia | (BY) DEPUTY CLERK | | DATE<br>07/02/2015 |

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED<br>07-02-2015 | DATE EXECUTED<br>07-11-2015 |
| EXECUTING AGENCY (NAME AND ADDRESS) U.S. MARSHALS SERVICE 300 ALA MOANA BLVD. HONOLULU, HI 96850 | | |
| NAME<br>G. GANIBE, DUSM | (BY)<br>[signature] | DATE<br>7-13-2015 |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Hawaii;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."