FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

JOHN A. MICHELICH
Senior Litigation Counsel
Criminal Division, Fraud Section
United States Department of Justice
E-mail: john.michelich@usdoj.gov

MARC A. WALLENSTEIN
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: marc.wallenstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 14-00010 CBM 01 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S NOTICE |
| | ) | REGARDING PRETRIAL PUBLICITY; |
| vs. | ) | EXHIBIT A; CERTIFICATE OF |
| | ) | SERVICE |
| JENNIFER ANN MCTIGUE, (01) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **GOVERNMENT'S NOTICE REGARDING PRETRIAL PUBLICITY**

At the Court's direction, the Government has prepared a list of all the pretrial publicity of which it is aware, attached as Exhibit A. This list includes both print media and television coverage. All television coverage of which the Government is aware has been reduced to writing, posted on the web site of the television station, and is listed in the attached. Some of that television coverage is available by video on the web pages that correspond to the enclosed printouts.

In addition to the publicity listed in the attached, the Government is generally aware of similar radio coverage, but that radio coverage is not reflected in the attached, because no written record was created.

At the Court's direction, the Government respectfully requests that prospective jurors be asked the following questions:

- Have you heard or read any news coverage about Jennifer Ann McTigue or the allgations in this case, either in print media, on television, on the radio, or from any other source?

- Without describing what you may have heard, have you formed any opinions at all about this case, or how this case should be decided, based upon the news reports that you heard or read?

- Do you understand that news reports about a court cases may or may not be completely accurate and that you should not base your opinions on anything you may have read or seen in the media?

- Has any news coverage that you may have seen affected your ability to be a fair and impartial juror in this case?

DATED: July 20, 2015 at Honolulu, Hawaii.

                FLORENCE T. NAKAKUNI
                United States Attorney
                District of Hawaii


By: /s/ Marc A. Wallenstein
    MARC A. WALLENSTEIN
    Assistant United States Attorney

    JOHN A. MICHELICH
    Senior Litigation Counsel